IH-32                                                                                                   Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

| Plaintiff | Case Number |
|---|---|
| BACILIO TORRES<br>vs.<br>The City of New York;<br>Ex- P.O. Joseph Franco<br>Defendant | 24 CV 05326 |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| ROSINA FELICIANO<br>vs.<br>The City of New York;<br>Ex - P.O. Joseph Franco<br>Defendant | 24 CV 05063 |

Page 1

IH-32                                                                                                          Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

TORRES v. CITY of N.Y.: NOTICE of PARTICIPATION in Local
24 CV 5326 (AKH)   Rule 83.10 (sec. 1983 plan) as of 7/17/24

FELICIANO v. CITY of N.Y. et.al.; NOTICE of IPC 10/8/24 3pm
24 CV 05063 (JGLC)   Judge Jessica G.L. Clarke

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

SHAMAR JEFFERSON (new case) is related to these earlier filed cases (see above) because:

1. DEFENDANTS EXACTLY the SAME;
   A. CITY of N.Y
   B. EX-Police Joseph FRANCO
   C. SAME EXACT PARTIES other than Plaintiff

2. THERE is substantial factual overlap: The TIME PERIODS for the underlying Causes of action are similar but for the exact date in question

3. All of the Causes of action or claims for Relief are exactly the SAME; the damages differ.

Signature: Rudy Velez                                       Date: 9/3/24

Firm:

5. Absent a determination of relatedness, there would be a substantial duplication of effort and expense;

4. Interest of JUSTICE and efficiency will be served

5. The parties could be subjected to conflicting orders.